**OSBP**
ZIEVE, BRODNAX & STEELE, LLP
Benjamin D. Petiprin, Esq. (NV Bar 11681)
Christopher S. Connell, Esq. (NV Bar 12720)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 948-8565
bpetiprin@zbslaw.com

Attorneys for Plaintiff,
The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of CWALT, Inc., Alternative Loan Trust 2004-J13, Mortgage Pass Through Certificates, Series 2004-J13

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of CWALT, Inc., Alternative Loan Trust 2004-J13, Mortgage Pass Through Certificates, Series 2004-J13, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALESSI & KOEING, LLC, and/or Their Successors-in-Interest, a Nevada limited liability company, ADMIRALS POINT II OWNERS ASSOCIATION a Nevada corporation; FRANK BAYER, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00388-APG-GWF<br><br>Date Action Filed: February 8, 2017<br><br>**[PROPOSED] ORDER TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT** |

///

///

///

---
ORDER TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT - 1 -

Upon consideration of the Application for an Order to Enlarge Time to Serve Summons and Complaint, the Affidavit of Benjamin D. Petiprin, Esq., in support, and good cause appearing, it is:

**ORDERED** that the time within which to serve defendant Frank Bayer ("Borrower") with the Summons and Complaint is hereby extended to and includes the 3rd day of August, 2017.

**IT IS FURTHER ORDERED** that failure to serve Borrower by the above date and time may result in the court dismissing this action without prejudice pursuant to FRCP 4.

Dated this __9th___ day of _____May_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:
ZIEVE, BRODNAX & STEELE, LLP

_____
Benjamin D. Petiprin, Esq. (NV Bar 11681)
Christopher S. Connell, Esq. (NV Bar 12720)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898