**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Admirals Point II Owners' Association*

# IN THE UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J13, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J13, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALESSI & KOENIG, LLC, and/or Their Successors-in-Interest, a Nevada limited liability company; ADMIRALS POINT II OWNERS ASSOCIATION, a Nevada corporation; FRANK BAYER, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00388-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT ADMIRALS POINT II'S OWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 27]** |

Defendant Admirals Point II Owners' Association (the "Association"), and Plaintiff, The Bank Of New York Mellon f/k/a The Bank Of New York, As Trustee For The Holders Of CWALT, Inc., Alternative Loan Trust 2004-J13, Mortgage Pass Through Certificates, Series 2004-J13 (the "Bank") by and through their respective counsel stipulate and agree as follows:

1. The Bank filed its Complaint for Quiet Title/Declaratory Relief on February 8, 2017, [ECF 1].

2. The Court lifted the stay in this matter on November 7, 2018, [ECF 22].

3. The Association filed its Motion to Dismiss on December 17, 2018 [ECF 27].

4. The Bank filed its Response to the Association's Motion to Dismiss on December 28, 2018 [ECF 34].

5. The Association's Reply in Support of its Motion to Dismiss is due on January 4, 2019.

6. The Association has requested and the Bank has agreed to extend the deadline for the Association to file its Reply in Support of its Motion to Dismiss [ECF 27] up to and including January 18, 2019.

4. The Association's counsel requests this extension due to current workload and holiday travel and is not intended to cause any delay or prejudice to any party.

Dated this 4th day of January, 2019.

/s/ J. Stephen Dolembo
J. Stephen Dolembo
Nevada Bar No. 9795
ZIEVE, BRODNAX & STEELE, LLP
9435 W. Russell Road, Suite 120
Las Vegas, Nevada 89148

/s/ Ryan W. Hastings
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Hastings
Nevada Bar No. 12394
LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive
Las Vegas, Nevada 89128

**ORDER**

IT IS SO ORDERED.

Dated: January 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

-2-